# Holland *v.* The State.

## *Arson.*

(Decided February 12, 1914.   64 South. 649.)

*Appeal and Error; Record; Judgment to Support.*—Where the record shows no finding of guilt by the jury, and no judgment of guilt or sentence by the court, there is nothing upon which to base an appeal, and the appeal will be dismissed.

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

Will Holland was convicted of arson and he appeals. Appeal dismissed.

WINN & WINN, for appellant.   Counsel discuss the appeal and the assignments of error based thereon, together with citation of authority, but in view of the opinion it is not deemed necessary to here set them out.

[Brandes v. The State.]

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State. Counsel insist that on the record there is nothing to support the appeal, and that it should be dismissed.

THOMAS, J.—The transcript in this case shows only an organization of the trial court, an indictment for arson in the second degree, a bill of exceptions, and the clerk's certificate of appeal. The record shows no finding of guilt by the jury, no judgment of guilt or sentence by the court, and consequently no judgment of conviction that will support an appeal, and a dismissal must necessarily follow.—*Perry v. State,* 4 Ala. App. 70, 59 South. 230, and cases there cited; *Palmer v. State,* 168 Ala. 124, 53 South. 283.

Appeal dismissed.